## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEAL

Kraft Foods Global, Inc. appeals under 28 U.S.C. § 158(a) from the *Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief [Docket No. 11930]* (the "Order") signed by the Bankruptcy Court for the District of Delaware, Judge Mary F. Walrath, on October 19, 2005 and entered on the Court's docket on October 20, 2005. A copy of the Order is attached hereto as Exhibit "A".

The names of the parties to the Order appealed from hereby, and the names, addresses and telephone numbers of their respective attorneys are as follows:

1.     Kraft Foods Global, Inc. ("Kraft")

|  |  |
|---|---|
| Attorneys for Kraft: | Daniel G. Hildebrand |
| | Richard G. Ziegler |
| | MAYER, BROWN, ROWE & MAW LLP |
| | 71 South Wacker Drive |
| | Chicago, IL 60606 |
| | (312) 782-0600 |
| | |
| | and |
| | |
| | Mary F. Caloway (No. 3059) |
| | KLETT ROONEY LIEBER & SCHORLING |
| | 1000 West Street |
| | Suite 1410 |
| | Wilmington, DE  19801 |
| | (302) 552-4200 |

2.    Post Confirmation Trust ("PCT")

Attorneys for PCT:        Kathy Patrick
                          GIBBS & BRUNS, LLP
                          1100 Louisiana Street, Suite 5300
                          Houston, TX  77002
                          (713) 650-8805

                          and

                          Laura Davis Jones (No. 2436)
                          PACHULSKI, STANG, ZIEHL, YOUNG,
                          JONES & WEINTRAUB P.C.
                          919 North Market Street, 17th Floor
                          Post Office Box 8705
                          Wilmington, DE  19899
                          (302) 778-6401


3.    Kemps LLC ("Kemps")

Attorneys for Kemps:      Stephen M. Miller, Esquire (No. 2610)
                          Douglas N. Candeub (No. 4211)
                          MORRIS, JAMES, HITCHENS &WILLIAMS LLP
                          222 Delaware Avenue
                          Wilmington, Delaware  19801
                          (302) 888-6853

4.    Food Marketing Group, Inc. ("FMG")

Attorneys for FMG:        Mark E. Felger (#3919)
                          Jeffrey R. Waxman (#4159)
                          COZEN O'CONNOR
                          Chase Manhattan Centre, Suite 1400
                          Wilmington, Delaware 19801
                          (302) 295-2000

                          and

                          Neil Berger
                          TOGUT SEGAL & SEGAL LLP
                          One Penn Plaza
                          New York, New York 10119
                          (212) 594-5000

5.    Dean Foods Company ("Dean")

Attorneys for Dean:          Jeffrey M. Schlerf (No. 3047)
                             Eric M. Sutty (No. 4007)
                             THE BAYARD FIRM
                             222 Delaware Avenue
                             Wilmington, DE 19801
                             (302) 655-5000

                             and

                             Mark H. Ralston
                             MUNSCH HARDT KOPF & HARR, P.C.
                             4000 Fountain Place
                             1445 Ross Avenue
                             Dallas, TX 75202
                             (214) 855-7500

6.    The Reclamation Creditors Trust ("RCT")

Attorneys for RCT:           Janice L. Duban
                             DLP PIPER RUDNICK GRAY CARY US LLP
                             203 N. LaSalle Street
                             Chicago, IL 60601
                             (312) 368-7097

                             Mark J. Friedman
                             DLP PIPER RUDNICK GRAY CARY US LLP
                             6225 Smith Avenue
                             Baltimore, MD 21209
                             (410) 580-4153

                             Daniel J. Carrigan
                             DLP PIPER RUDNICK GRAY CARY US LLP
                             1200 19th Street, N.W.
                             Washington, DC 20036
                             (202) 861-3840

                             and

                             Steven K. Kortanek
                             KLEHR HARRISON HARVEY BRANZENBURG &
                             ELLERS LLP
                             919 Market Street, Suite 1000
                             Wilmington, DE 19801
                             (302) 426-9193

Dated:  October 31, 2005

KLETT ROONEY LIEBER & SCHORLING

*Mary Calaway*

Mary F. Calaway (No. 3059)
1000 West Street
Suite 1410
Wilmington, DE  19801
(302) 552-4200
(302) 552-4295 (facsimile)

and

MAYER, BROWN, ROWE & MAW LLP
Daniel G. Hildebrand
Richard G. Ziegler
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600
(312) 701-7711 (facsimile)

Attorneys for Kraft Foods Global Inc.

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 03-10945 (MFW) |
| Fleming Companies, Inc., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | Related Docket Nos.: 11889, 11824 & 11822 |
| | ) | |
| | ) | |

## ORDER ON
## CROSS-MOTION OF THE POST-CONFIRMATION TRUST
## FOR DECLARATORY RELIEF

The Court has considered the briefs and arguments submitted by the Post

Confirmation Trust (PCT) and by the Reclamation Creditors' Trust, concerning the

ownership of claims and Causes of Action pending in the PCT's Cross-Complaint

against James Green, Christopher Thorpe, John Kenneth Adams, Rosario Coniglio,

Steven Schmidt, Bruce Keith Jensen, John D. Robinson, and Peter Frank

(collectively, "the Vendor Officers"). Under the terms of the Fleming Plan of

Reorganization, the Claims and Causes of action against the Vendor Officers are the

property of the PCT.

Accordingly, the Motion of the Reclamation Creditors' Trust to Enforce the

Reorganization Plan and to Enjoin the Post-Confirmation Trust From Pursuing

Claims is DENIED. The PCT's Cross-Motion for Declaratory Relief is GRANTED

on all grounds stated therein, and the Court DECLARES that:

1.  Under Fleming's Plan of Reorganization, the claims against the Vendor

    Officers, ~~and claims against any persons or entities~~ which were preserved by the Plan who are not

    Reclamation Creditors, are the property of the PCT;

2.      No person shall, hereafter, assert or argue that the PCT does not own or

have standing to pursue the claims it has filed in its pending Cross-

Action in *In re Fleming Companies Securities Litig.*, C.A. No. 05-03-

1530 (TJW) Case No. MDL-1530; and,

3.      The Reclamation Creditors' Trust shall cease and desist from any

further effort to interfere with the PCT's prosecution of the claims

against the Vendor Officers.

SIGNED this 19th day of October , 2005.


_____
The Honorable Mary F. Walrath
United States Bankruptcy Court, Chief Judge