IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc. et al. | ) | Case No. 03-10945(PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| Kraft Foods Global Inc., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Case No. 1:05-cv-00832(SLR) |
| v. | ) | |
| | ) | |
| Post Confirmation Trust, | ) | |
| | ) | |
| Appellee. | ) | |
| Food Marketing Group, Inc., | ) | Related # 7 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:05-cv-00833(SLR) |
| | ) | |
| Post-Confirmation Trust, | ) | |
| | ) | |
| Appellee. | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     )ss
COUNTY OF NEW CASTLE )

      Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 2nd day of February 2006, she caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

Order [Standing Order Regarding Procedures Governing Mediation of Appeals]

*Louise Tuschak*
Louise Tuschak

Sworn to and subscribed before
me this 6th day of February 2006

*Rita Marie Olivere*
Notary Public
My Commission Expires: March 15, 2007

**Service List**
**Dean Foods Company**

***Hand Delivery***
Jeffrey M. Schlerf, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

***First Class Mail***
Mark H. Ralston, Esquire
Munsch Hardt Kofp & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202