# EXHIBIT A

# Earl F Hale jr
*mediator arbitrator*

4144 North Central Expressway
Suite 225
Dallas Texas 75204
Tel 214 515 0199
Fax 214 515 0192
Email efhale@earlhale.com
Website: www.earlhale.com

February 2, 2006

## Facsimile:

| To: | Kathy D. Patrick/Brian T. Ross/ Scott Anthony Humphries Jeremy Doyle | Facsimile: | 713-750-0903 |
|---|---|---|---|
| To: | Jerry L. Beane / Kay Lynn Brumbaugh | Facsimile: | 214-659-4778 |
| To: | Thomas A. Connop / Bradley W. Foster | Facsimile: | 214-740-8800 |
| To: | R. Trent Gaither | Facsimile: | 713-865-5611 |
| To: | Michael E. Jones | Facsimile: | 903-593-0846 |
| To: | Sim Israeloff | Facsimile: | 214-672-2331 |
| To: | Bruce Keith Jensen | Facsimile: | None |
| To: | Steven Z. Kaplan | Facsimile: | 612-492-7077 |
| To: | Stephen M. Miller | Facsimile: | 302-571-1750 |
| To: | Daniel G. Hildebrand | Facsimile: | 312-706-8640 |
| To: | Mark H. Ralston | Facsimile: | 214-978-4376 |
| To: | Jeffrey M. Schlerf | Facsimile: | 302-658-6395 |
| To: | Therese D. Pritchard | Facsimile: | 202-508-6200 |

Re: The Post Confirmation Trust v Digital Exchange Systems, Inc.; Case No. 5:05-cv-00165-TJW (Texarkana Division) (Fleming)

From: Earl F. Hale, Jr.

Mailed: no

**Message:** Re: Mediation on March 2, 2006. Please see the attached.

Dear Counsel:

The memo is to confirm our full-day mediation on **March 2, 2006, commencing at 9:00 a.m.**, in my offices. I look forward to working with you on this matter.

**Who got this notice.** I have sent this fax to those persons who may be likely to be in attendance, based on some suggestions by some of the counsel and my own guesswork.[1] If I have it wrong, that is, I note you to be an attendee when you will not be one, please let me know right away. Certainly feel free to email me, if you like.

**How I hope to get prepared.** It is my belief that we have to do some proper planning to make the mediation day productive. Accordingly, though our mediation session will be only one day in attendance in Dallas, I would like to schedule a conversation with each of the defense counsel in advance of the mediation date (I will also being visiting with plaintiff's counsel). It is my intention that we not waste any more of our mediation day than is necessary on the "getting up to speed". Thus, I welcome promptly any position paper, "speaking" pleadings, case law, etc. you would like to send me. Then, I would like to visit with you personally about your perspective of the case. Please call me to schedule such a visit; certainly, if you are in Dallas and want to come by my office for a chat about the case, that will be fine with me also. With this procedure I will already have spent about a day with the parties cumulatively before the mediation date; thus, we'll be able to "hit the ground running" on mediation day.

**How I am charging for my services.** Finally, the "per party fee" will be $1,250, due on or before the mediation date; this represents a fee for approximately two days of work, one day collectively for meeting with parties and one day for mediation. The way I have allocated the fees is to charge a $1,250 fee per defense attorney for the employees/former employee defendants. In other words, a fee would be due from the plaintiff and from Jerry Beane, Tom Connop, Trent Gaither, Michael Jones, Sim Israeloff, and Bruce Keith Jensen. Please make the check payable to Earl F. Hale, Jr. My tax identification number is 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.

Here is some additional useful information:

**Location:** 4144 North Central Expressway (Amberton Tower) is located on the east side of Central near the intersection of North Central and Fitzhugh. From downtown Dallas or the south, take the Haskell-Blackburn-Lemmon Exit (Exit1B) from North Central and stay on the frontage road northward until you come to the building (just before Fitzhugh). From the north, take the Haskell-Blackburn-Lemmon Exit (Exit1B) from North Central and make the U-turn at Haskell/Blackburn, staying on the frontage road northward until you come to 4144 North Central, just before Fitzhugh.

**Parking:** Parking is free. Park either in the surface parking lot on the north side of the building or in the covered "Visitor" parking garage behind the surface lot. The 2-hour parking limits are not enforced. Let us know if any party has a disability so we can address particular access needs.

**Dress:** Business casual

I want very much to make our mediation date as efficient and effective as possible. I appreciate your help in that respect. Thank you.

---

[1] I do not have an address or fax number for Bruce Keith Jensen. If anyone has one, please let me know so that I can notify him (or his counsel) of the mediation session.





### Firm Overview

# Earl F. Hale, Jr.

4144 North Central Expressway, Suite 225
Dallas, TX 75204
Map
Phone: (214) 515-0199
Fax: (214) 515-0192
E-Mail

* Voted by Dallas lawyers as one of the best mediators in Dallas. ("Meet the Best Lawyers in Dallas 2005," D Magazine, May 2005)

* Practice devoted exclusively to mediation, arbitration, and other methods of conflict resolution of business, professional, workplace, and personal injury disputes.

* "Hands on" style grounded in a 30 year law practice in both civil litigation and transaction/corporate work.

* Over 30 years of fair-minded and conscientious service as a trained arbitrator for American Arbitration Association, American Health Lawyer Association, United States Mediation and Arbitration, and others as well as service as a private arbitrator.

* Reputation for preparation, hard-work, creativity, good judgment, and sensitive treatment in highly emotional disputes.

* Substantial experience in the following areas of conflict:

- Anti-trust and unfair competition
- Bankruptcy and creditor/debtor rights
- Business contracts and commercial ventures
- "Business divorces" and family business conflicts
- Communications and telecommunications
- Construction and other service disputes
- Corporations, partnerships, and other business combinations
- Fiduciary duties (trustee, partner, and director/officer liability)
- Employment and workplace disputes
- Environmental claims and compliance
- Healthcare (including every provider facet of the industry)
- Insurance (including coverage and claim disputes)
- Intellectual property (including copyright, trademark, and patent)
- Personal injury and products liability
- Professional liability and malpractice (including legal and medical)
- Real estate, oil and gas, and other energy
- Securities and other investment modes
- Will contests and probate disputes

* Services include special master services, early neutral evaluation, co-mediation, and summary/mini-trials.

**Areas of Practice**

Alternative Dispute Resolution
Arbitration

Mediation

**Mediator/Arbitrator**

- Earl F. Hale, Jr.

Firm Overview | Contact Information

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for individual advice regarding your own situation.

Copyright © 2005 by Earl F. Hale, Jr. Mediator Arbitrator ADR Services. All rights reserved. You may reproduce materials available at this site for your own personal use and for non-commercial distribution. All copies must include this copyright statement.

This FirmSite® is designed and hosted by Thomson FindLaw.

