IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00832 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00833 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| KEMPS LLC, | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00834 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |

| | |
|---|---|
| DEAN FOODS COMPANY, | ) |
|     Appellant, | ) ) ) |  Civil Case No. 1:05-cv-00835 (SLR)
| v. | ) ) ) |
| POST-CONFIRMATION TRUST, | ) ) |
|     Appellee, | ) ) ) |

### ORDER AUTHORIZING EARL F. HALE, JR. TO SERVE AS MEDIATOR

This matter having come before the Court on the joint motion ("Motion") of the parties to the above consolidated appeal for entry of an order authorizing Earl F. Hale, Jr. ("Mr. Hale") to serve as mediator in this bankruptcy appeal; and due and adequate notice of the Motion having been given; and good cause appearing therefore; it is HEREBY

ORDERED, that the Motion shall be and is, GRANTED; and it is further

ORDERED, that Mr. Hale is hereby authorized to serve as mediator in this action.

 

_____
The Honorable Sue L. Robinson
United States District Court Judge

DOCS_DE:115161.1