IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| FLEMING COMPANIES, ) | Bk. Case No. 03-10945 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| | |
| KRAFT FOODS GLOBAL INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 05-832-SLR |
| ) | |
| POST-CONFIRMATION TRUST, ) | |
| ) | |
| Appellee. ) | |
| | |
| FOOD MARKETING GROUP, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 05-833-SLR |
| ) | |
| POST-CONFIRMATION TRUST, ) | |
| ) | |
| Appellee. ) | |
| | |
| KEMPS LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 05-834-SLR |
| ) | |
| POST-CONFIRMATION TRUST, ) | |
| ) | |
| Appellee. ) | |

**O R D E R**

At Wilmington this 13th day of February, 2006, having reviewed the joint motion filed in the above related bankruptcy

appeals to satisfy the court's mediation requirement through private mediation;

    IT IS ORDERED that said motion is granted. The parties are excused from participating in the court's mediation process in order to engage in private mediation. These appeals are hereby stayed for 90 days pending mediation. The parties shall inform the court of the status of the litigation in 90 days.

                                                             _____
                                                             United States District Judge