IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00832 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | Consolidated with: |
| Appellee, | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00833 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |

**APPELLANTS' AND APPELLEE'S JOINT MOTION TO EXTEND STAY**

Appellants Kraft Foods Global, Inc. ("Kraft") and Food Marketing Group, Inc. ("FMG"), and Appellee the Post-Confirmation Trust (the "PCT") respectfully move this Court for a month's continuation of the stay pending mediation entered by this Court. In further support of this Motion, the parties respectfully state as follows:

1. The appeals filed by Kraft and FMG were consolidated by order of this Court dated January 24, 2006. The appeals concern the above Debtors' Plan of Reorganization (the "Plan"). The issue in the appeals is whether the Plan assigned certain claims of the Debtors'

estates to the Appellee in this matter, the PCT, or to a different post-confirmation entity called the Reclamation Creditors Trust (the "RCT").

2.  On February 8, Kraft, FMG, the PCT and the appellants in two related appeals (Kemps and Deans, appellants in Nos. 05-833 and 05-834) moved for relief from this Court's mandatory mediation requirement. The movants indicated they all wished to pursue a private mediation on March 2, 2006, before Mr. Earl Hale, a respected mediator based in Dallas, Texas. The parties explained that they sought to resolve not only the issues in their Delaware Bankruptcy matter, but also issues in a lawsuit pending in the Eastern District of Texas.

3.  On February 13, 2006, this Court granted the parties leave to have a mediation before Mr. Hale; granted a stay of 90 days; and ordered the parties to file a status report upon expiration of the stay. The stay expired on or about May 15, 2006.

4.  Kraft, FMG, Kemps, Deans and the PCT went ahead with a full-day mediation before Mr. Hale on March 2, 2006. The mediation was successful as to Kraft, FMG and the PCT. Those parties have now exchanged draft settlement agreements, and expect to dismiss the above-captioned consolidated appeal within 30 days of the date of this motion.

5.  To give Kraft, FMG and the PCT time to execute their settlement papers, they request a continued stay in this matter until June 16, 2006.

6.  WHEREFORE, the parties respectfully request an order staying the above captioned appeals (Nos. 05-832 and 05-833) until June 16, 2006.

Date: May 17, 2006                               KLETT ROONEY LIEBER & SCHORLING

/s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Daniel G. Hildebrand
Richard G. Ziegler
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

**Counsel to Kraft Foods Global Inc.**


COZEN O'CONNOR

/s/ Jeffrey R. Waxman
Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
Chase Manhattan Centre, Suite 1400
1201 N. Market Street
Wilmington, DE 19801
(302) 295-2000

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(212) 594-5000

Therese D. Pritchard, Esquire
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
(202) 508-6252

**Counsel for Food Marketing Group, Inc.**

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.


*/s/ James E. O'Neill*
Laura Davis Jones (No. 2436)
James E. O'Neill (No. 4042)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE  19899
Telephone: (302) 778-6401

Kathy Patrick
Gibbs & Bruns, LLP
1100 Louisiana Street, Suite 5300
Houston, TX  77002
Telephone: (713) 650-8805

**Counsel for the Post-Confirmation Trust**