IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00832 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00833 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |

## ORDER EXTENDING STAY

This matter having come before the Court on the joint motion ("Motion") of Kraft, FMG and the PCT to extend the stay entered on February 13, 2006; and due and adequate notice of the Motion having been given; and good cause appearing therefore; it is HEREBY

ORDERED, that the Motion shall be and is, GRANTED; and it is further

ORDERED, that the above-captioned matters are stayed until June 16, 2006.

The Honorable Sue L. Robinson
United States District Court Judge