IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00832 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | Consolidated with: |
| Appellee, | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00833 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2006, I electronically filed Appellants' and Appellee's Joint Motion to Extend Stay with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on May 18, 2006, I caused the document to be mailed by United States Postal Service and hand delivered (on City of Wilmington addresses only) to parties on the attached service list.

KLETT ROONEY LIEBER & SCHORLING,
a Professional Corporation

/s/Mary F. Caloway
Mary F. Caloway (No. 3059)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
Caloway@klettrooney.com

66297

**FLEMING COMPANIES**

Daniel G. Hildebrand
Richard G. Ziegler
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
**Counsel to Kraft Foods Global Inc.**

Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
Chase Manhattan Centre, Suite 1400
1201 N. Market Street
Wilmington, DE 19801

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Therese D. Pritchard, Esquire
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
**Counsel for Food Marketing Group, Inc.**

Laura Davis Jones (No. 2436)
James E. O'Neill (No. 4042)
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE  19899

Kathy Patrick
Gibbs & Bruns, LLP
1100 Louisiana Street, Suite 5300
Houston, TX  77002

**Counsel for the Post-Confirmation Trust**