IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00832 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | Consolidated with: |
| Appellee, | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00833 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |

**AGREEMENT OF DISMISSAL OF APPEALS
PURSUANT TO FED. R. BANKR. P. 8001(c)(2)**

IT IS HEREBY AGREED this __ day of July, 2006, pursuant to Fed. R. Bankr. P. 8001(c)(2), by and among Appellants Kraft Foods Global, Inc. and Food Marketing Group, Inc., and Appellee the Post-Confirmation Trust, that the above captioned consolidated appeals of the Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief *[Bankruptcy Case Docket No. 11930]* are dismissed.

Date: July 18, 2006

KLETT ROONEY LIEBER & SCHORLING

*Mary Caloway*
Mary F. Caloway (No. 3059)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Daniel G. Hildebrand
Richard G. Ziegler
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

**Counsel to Kraft Foods Global Inc.**


COZEN O'CONNOR

*/s/*
Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
Chase Manhattan Centre, Suite 1400
1201 N. Market Street
Wilmington, DE 19801
(302) 295-2000

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(212) 594-5000

Therese D. Pritchard, Esquire
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
(202) 508-6252

**Counsel for Food Marketing Group, Inc.**

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ Scotta McFarland*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE 19899
Telephone: (302) 778-6401

Kathy Patrick
Gibbs & Bruns, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805

**Co-Counsel for the Post-Confirmation Trust**