IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00832 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | Consolidated with: |
| Appellee, | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00833 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |

**CERTIFICATE OF SERVICE**

I, hereby certify that on July 18, 2006, I electronically filed the Agreement to Dismissal of Appeals Pursuant to Fed. R. Bankr. P. 8001(c)(2) with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on July 18, 2006 I have mailed the document by First Class Mail and Hand delivery to:

Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
Chase Manhattan Centre, Suite 1400
1201 N. Market Street
Wilmington, DE 19801

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

| | |
|---|---|
| Therese D. Pritchard, Esquire<br>Bryan Cave, LLP<br>700 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3960 | Laura Davis Jones (#2436)<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE  19899 |
| Daniel G. Hildebrand<br>Richard G. Ziegler<br>MAYER, BROWN, ROWE & MAW LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Kathy Patrick<br>Gibbs & Bruns, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX  77002 |

**BUCHANAN INGERSOLL & ROONEY PC**[1]

/s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295
E-Mail: Mary.Caloway@bipc.com

---

[1] Successor by merger to Klett Rooney Lieber & Schorling.